AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio ▼

United States of America )
v. )  Case No.  3:25-cr-61
)
Jose Gabriel Rodriguez-Banda )
)

*Defendant*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  10/01/2025

Jose G Rdz
*Defendant's signature*

*Signature of defendant's attorney*

F. Arthur Mullins
*Printed name of defendant's attorney*

*Judge's signature*  10/27/25

Michael J. Newman, U.S. District Judge
*Judge's printed name and title*